# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2021 DEC 22 P 1:16

... COURT

(Full name of plaintiff(s))

Antonio Laboy Almodovar

v.

(Full name of defendant(s))

Ms. Avila, Sgt. Hairwig, Capt. Howard, Dr. Wilinski

Case Number:

**21-C-1455**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of <u>Antonio Laboy Almodovar</u> and resides at
(State)

   <u>1028 S. 21st Milwaukee WI 53204</u>
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant <u>Ms. Lisa M. Avila, Capt. Michael Howard, Dr. Wilinski, Srgt. Hairwig</u>
   (Name)

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)
and (if a person) resides at _9351 Rayne Rd Sturtevant WI 53177_
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _yes Hit me Srgt. Hairwige_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 12/20/19 I Antonio Labery AlMoomar broke my Tooth eating popcorn The mouth had become swollen and I was bleeding Srgt. Hairwig did not Help me. He Locked me in a Holding Cell. The next day The same Thing again when He sent me to my Cell I fainted and He was Called by my Celly A. Thomson and when He came to the Cell He lefted me by my arm and Smacket my face and Said Stop facking. when I gate back from the Hospital 12/21/19 again I ask Srgt Hairwig for Help emergency treatment. He said NO

He better Find That I'm Taking my med's Correctly and my mouth did get Infected and the Infection was going to my Brain. I ask everyone for Help the Sgt. Hairwig The Superintendent Avila and all of the officer's Not one of them would Help. on 5/23/21 Srgt Hairwig wrote a Conduct Report on me about the Incent That Happen in The Beginning 12/20/19 becaus Dr. Wilinski told Srgt Hairwig about our Confe-~dential Interview with me to sgt. Hairwig witch is protected by The Hepo Law. witch is retaliation for The Complaint's I feild on srgt Hairwig on Date's 12/20/19, 5/2/21, 6/18/21. Dr. Wilinski broke the Hepo Law Rule 501 privilege of psychoTherapist. patent privilege Law. I feild a Inmate Complaint on all 3 Srgt. Hairwig Ms. Avila Capt. Howard for retaliation against me and trying to stick me into the hole and Lying about me. Hiding The truth. abuse of their power.

Complaint - 3

Case 2:21-cv-01455-SCD   Filed 12/22/21   Page 3 of 5   Document 1

C. **JURISDICTION**

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[✓] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 75,000 each

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want Them all to pay for what They have done to me In the Some of 75,000 each and I want all of them to lose their job's and License's Never to work for any D.O.C ever In any State, or any work with State or law enforcement agencies.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __20__ day of __December__ 20__21__.

Respectfully Submitted,

Antonio Laboy Almodovar
Signature of Plaintiff

414 439-8116
Antonio Laboy Almodovar
Plaintiff's Telephone Number

414 439-8116
Plaintiff's Email Address

1028 S. 21st Milwaukee WI 53204
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.