# United States District Court
## Eastern District of Wisconsin

**ANTONIO LABOY ALMODOVAR,**

        Plaintiff(s),

    v.

**LISA AVILA,** *et al.*

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 21-CV-1455

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendants' motion for summary judgment on exhaustion grounds (ECF No. 16) is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice.**

Approved: *[signature]*
STEPHEN C. DRIES
United States Magistrate Judge

Dated: February 23, 2023

GINA M. COLLETTI
Clerk of Court

*s/ Tony Byal*
(By) Deputy Clerk