# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

March 24, 2023

**To:** Gina M. Colletti
     Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 23-1573

Caption:
ANTONIO L. ALMODOVAR,
       Plaintiff - Appellant

v.

LISA AVILA, et al.,
       Defendants - Appellees

District Court No: 2:21-cv-01455-SCD
Clerk/Agency Rep Gina M. Colletti
Magistrate Judge Stephen C. Dries

Date NOA filed in District Court: 03/24/2023

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)