# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**ANTONIO LABOY ALMODOVAR,**

    **Plaintiff,**

  **v.**                                **Case No. 21-CV-1455**

**LISA AVILA _et al.,_**

    **Defendants.**

---

### ORDER

---

Plaintiff Antonio Laboy Almodovar moves to proceed without prepayment of the filing fee (_in forma pauperis_) on appeal. (ECF No. 28.) A party who has been granted leave to proceed _in forma pauperis_ in the district court may proceed _in forma pauperis_ on appeal without further authorization of the district court unless the district court certifies that the appeal is not taken in good faith or determines that the party is otherwise not entitled to proceed _in forma pauperis_. Fed. R. App. P. 24(a). The court previously granted plaintiff's motion to proceed _in forma pauperis_ (ECF No. 3) and has not certified that any appeal would not be taken in good faith. Nor does the court find that Almodovar is otherwise not entitled to proceed _in forma pauperis_. And because Almodovar was not a prisoner when he filed for appeal, the PLRA does not apply. 28 U.S.C. § 1915(b)(1); _see also Shuhaiber v. Ill. Dep't of Corr._, 980 F.3d 1167, 1170 (7th Cir. 2020). Accordingly, Almodovar is permitted to proceed

without prepayment of any fees or costs without an order from this court and the motion is moot.

**THEREFORE, IT IS ORDERED** that Almodovar's motion to proceed without prepayment of the filing fee (ECF No. 28) is **DENIED as moot.**

Dated in Milwaukee, Wisconsin this 16th day of August, 2023.

STEPHEN DRIES
United States Magistrate Judge